OPINION — AG — ** APPROPRIATIONS — STATE LEGISLATURE ** CITES EARLIER OPINION DATED MARCH 28, 1947 — WELCH DEALING WITH "THE LEGISLATURE HAD AUTHORITY TO MAKE AN APPROPRIATION TO PAY CLAIM FOR AN OBLIGATION THAT WAS CONTRACTED OR INCURRED BY THE STATE AGAINST A THEN UNENCUMBERED BALANCE OF A PERTINENT APPROPRIATION ALLOCATION". CLAIM ENDING IN JULY 1, 1945 CITE: 74 O.S. 6 [74-6] ARTICLE X, SECTION 1, ARTICLE X, SECTION 23, ARTICLE V, SECTION 55 (FRED HANSEN)